UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | CASE NO. 1:08-mc-00410-JDB |
| ) | |
| vs. ) | (RE: CASE NO . 07-CV-01976-SCB-MAP |
| ) | *IN THE MIDDLE DISTRICT OF FLORIDA* |
| EDWARD T. SAADI, ) | |
| ) | JUDGE JOHN BATES |
| Respondent. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY
DANIEL P. CARTER AS ADDITIONAL PETITIONER'S COUNSEL**

Petitioner, John Doe ("Doe"), pursuant to LCvR 83.2(d), requests this Court grant admission *pro hac vice* of Daniel P. Carter, Esq. as additional Petitioner's counsel in this litigation.  As set forth in the Declaration of Attorney Carter, attached hereto as Exhibit A:

1. Attorney Carter's full name is Daniel Paul Carter.

2. Attorney Carter is a licensed attorney with the law firm Buckley King LPA.  His office address is 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, Ohio 44114, telephone (216) 363-1400.

3. Attorney Carter has been admitted to practice and is a member in good standing of the bars of the State of Ohio, Pennsylvania, the United States Supreme Court, The United States Court of Federal Claims, the United States Courts of Appeals for the

First and Fourth Circuits, and the United States District Courts for the Northern District of Ohio and the Eastern, Middle and Western Districts of Pennsylvania.

4. Attorney Carter is not subject to any disciplinary proceedings in any bar or court.

5. Attorney Carter has never been admitted *pro hac vice* in this Court.

6. Attorney Carter does not engage in the practice of law from an office located in the District of Columbia, and is not a member of the District of Columbia Bar, and does not have an application for membership pending.

FOR THE FOREGOING REASONS, Petitioner John Doe requests this Court to grant leave to Daniel P. Carter, Esq. to appear in this action and participate in all meaningful aspects of this litigation, including court appearances, depositions, discovery, and the trial of this matter.

Respectfully submitted,

ERIC PELLETIER (Unified Bar No. 454794)
epelletier@offitkurman.com
OFFIT KURMAN
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD 20759
(301) 575-0339
(301) 575-0335 *(facsimile)*

Attorneys for one of the John Doe Defendants

2

CERTIFICATE OF SERVICE

A copy of the foregoing Motion For Admission *Pro Hac Vice* Of Attorney Daniel P. Carter As Additional Petitioner's Counsel was served upon the following via regular U.S. Mail, postage prepaid on July 8, 2008:

William J. Brown, Esq.
777 Brickell Avenue, Suite 114
Miami, FL  33131

Attorney for Plaintiff
Edward T. Saadi

Lee Segal, Esq.
Segal & Schuh Law Group P.L.
13575 58th Street North, Suite 140
Clearwater, FL 33760

Attorney for Defendants
Pierre A. Maroun, Hala Fakhre Maroun, and Maroun International, LLC

_____
ERIC PELLETIER

8266\001\pleadings\157 Mtn Pro Hac DPC.doc

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 1:08-mc-00410-JDB |
| | ) | |
| JOHN DOE, | ) | JUDGE |
| | ) | |
| Petitioner, | ) | |
| | ) | DECLARATION OF ATTORNEY |
| vs. | ) | DANIEL P. CARTER |
| | ) | |
| EDWARD T. SAADI, | ) | |
| | ) | |
| Respondent. | ) | |

I, DANIEL P. CARTER, make this declaration based on personal knowledge.

1. My full name is Daniel Paul Carter.

2. I am a licensed attorney with the law firm Buckley King LPA. My office address is 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, Ohio 44114, telephone (216) 363-1400.

3. I have been admitted to practice and am a member in good standing of the bars of the State of Ohio, Pennsylvania, the United States Supreme Court, The United States Court of Federal Claims, the United States Courts of Appeals for the First and Fourth Circuits, and the United States District Courts for the Northern District of Ohio and the Eastern, Middle and Western Districts of Pennsylvania.

4. I am not subject to any disciplinary proceedings in any bar or court.

5.  I have never been admitted *pro hac vice* in this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury the foregoing is true and correct.

DATE: 07·02·08

_____
DANIEL P. CARTER

8266\001\pleadings\157 DPC Dec.doc

2