UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Petitioner, ) | CASE NO. 1:08-mc-00410-JDB |
| ) | |
| vs. ) | (RE: CASE NO. 07-CV-01976-SCB-MAP |
| ) | *IN THE MIDDLE DISTRICT OF FLORIDA* |
| EDWARD T. SAADI, ) | |
| ) | JUDGE JOHN BATES |
| Respondent. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
ATTORNEY HEIDI J. MILICIC AS ADDITIONAL PETITIONER'S COUNSEL**

Petitioner, John Doe ("Doe"), pursuant to LCvR 83.2(d), requests this Court grant admission *pro hac vice* of Heidi J. Milicic, Esq. as additional Petitioner's counsel in this litigation. As set forth in the Declaration of Attorney Milicic, attached hereto as Exhibit A:

1. Attorney Milicic's full name is Heidi Jeanne Milicic.

2. Attorney Milicic is a licensed attorney with the law firm Buckley King LPA. Her office address is 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, Ohio 44114, telephone (216) 363-1400.

3. Attorney Milicic has been admitted to practice and is a member in good standing of the bars of the State of Ohio, the United States Court of Appeals for the Sixth Circuit and the United States District Courts for the Northern and Southern Districts of Ohio.

4. Attorney Milicic has never been disciplined by any bar.

5. Attorney Milicic has never been admitted *pro hac vice* in this Court.

6. Attorney Milicic does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

FOR THE FOREGOING REASONS, Petitioner John Doe requests this Court to grant leave to Heidi J. Milicic, Esq. to appear in this action and participate in all meaningful aspects of this litigation, including court appearances, depositions, discovery, and the trial of this matter.

Respectfully submitted,

_____
ERIC PELLETIER (Unified Bar No. 454794)
epelletier@offitkurman.com
OFFIT KURMAN
8171 Maple Lawn Boulevard, Suite 200
Maple Lawn, MD 20759
(301) 575-0339
(301) 575-0335 *(facsimile)*

Attorneys for one of the John Doe Defendants

CERTIFICATE OF SERVICE

A copy of the foregoing Motion For Admission *Pro Hac Vice* Of Attorney Heidi J. Milicic As Additional Petitioner's Counsel was served upon the following via regular U.S. Mail, postage prepaid on July 8, 2008:

William J. Brown, Esq.  
777 Brickell Avenue, Suite 114  
Miami, FL  33131  

Attorney for Plaintiff  
Edward T. Saadi

Lee Segal, Esq.  
Segal & Schuh Law Group P.L.  
13575 58th Street North, Suite 140  
Clearwater, FL 33760  

Attorney for Defendants  
Pierre A. Maroun, Hala Fakhre Maroun, and Maroun International, LLC

_____  
ERIC PELLETIER

8266\001\pleadings\157 Mtn Pro Hac HJM.doc

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | ) CASE NO. 1:08-mc-00410-JDB |
| | ) |
| JOHN DOE, | ) JUDGE |
| | ) |
| Petitioner, | ) |
| | ) DECLARATION OF ATTORNEY |
| vs. | ) HEIDI J. MILICIC |
| | ) |
| EDWARD T. SAADI, | ) |
| | ) |
| Respondent. | ) |

I, HEIDI J. MILICIC, make this declaration based on personal knowledge.

1. My full name is Heidi Jeanne Milicic.

2. I am a licensed attorney with the law firm Buckley King LPA. My office address is 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, Ohio 44114, telephone (216) 363-1400.

3. I have been admitted to practice and am a member in good standing of the bars of the State of Ohio, the United States Court of Appeals for the Sixth Circuit and the United States District Courts for the Northern and Southern Districts of Ohio.

4. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury the foregoing is true and correct.

DATE: July 2, 2008

HEIDI J. MALICIC

8266\001\pleadings\157 HJM Dec.doc