UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ORIGINAL**

In re:

SUBPOENA TO AOL, LLC

) Misc. Case No.: 1:08-mc-00410-JDB
) Related Case No.: 07-CV-1976-SCB-MAP
) (Middle Dist. Florida)
)
)
) Judge John D. Bates
)
) **NOTICE OF WITHDRAWAL OF**
) **SUBPOENA**

NOW COMES Edward T. Saadi, *pro-se*, Respondent herein and Plaintiff in the underlying proceeding in the Middle District of Florida, and hereby gives notice that that he has withdrawn, and hereby does withdraw, the subpoena to AOL, LLC issued from this Court which the Petitioner herein has moved to quash. As the subject subpoena has been withdrawn, the issues raised in the Petitioner's Motion to Quash are now moot.

Edward T. Saadi hereby further gives notice that he reserves the right to re-issue the same or a similar subpoena to AOL, LLC from this or another District Court.

_____
Edward T. Saadi, Esq.
*Pro-Se*
EDWARD T. SAADI, LLC
970 Windham Court, Suite 7
Boardman, OH  44512
(330) 782-1954
(330) 266-7489 (fax)
EdwardSaadi@aol.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Notice of Withdrawal of Subpoena* was served this 10 day of July, 2008 by regular U.S. Mail upon Lee Segal, Esq., SEGAL & SCHUH, 13575 58th Street North, Suite 140, Clearwater, Florida, 33760 and Eric Pelletier, OFFIT KURMAN, 8171 Maple Lawn Boulevard, Suite 200, Maple Lawn MD, 20759.

_____
Edward T. Saadi, Esq.